IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MILLENNIUIM LABORATORIES, INC., a
California corporation,

    Plaintiff,

v.

                                    Civil Action No. 12-cv-500-NBF

RICHARD STIMMEL, d/b/a RJM
    Consulting, a Pennsylvania resident,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by Plaintiff Millennium Laboratories, Inc. and Defendant Richard Stimmel d/b/a RJM Consulting that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be and is DISMISSED WITH PREJUDICE in its entirety, with each party to bear its own attorneys' fees and costs.

1

Respectfully submitted this 20th day of September, 2012.

HOGAN LOVELLS US LLP

| | |
|---|---|
| s/David A. DeMarco | s/ Richard Stimmel |
| David Newmann | Richard Stimmel |
| 1835 Market Street, 29th Floor | 2292 Salem Dr. |
| Philadelphia, PA 19103 | Pittsburgh, PA 15237 |
| Telephone: (267) 675-4600 | stimmel444@gmail.com |
| Facsimile: (267) 675-4610 | |
| david.newmann@hoganlovells.com | **PRO SE** |

Paul A. Werner, admitted pro hac vice
555 Thirteenth Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (305) 637-5910
paul.werner@hoganlovells.com

David A. DeMarco, admitted pro hac vice
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
david.demarco@hoganlovells.com

**ATTORNEYS FOR PLAINTIFF
MILLENNIUM LABORATORIES, INC.**

AND NOW, this 21st day of September, 2012, IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2

\\DE - 036365/000038 - 542756 v3